# CIVIL DOCKET

BEAR GRAPHICS, INC.

371

CASE NO. 30376

| No. of Case | NAME OF PARTIES | ATTORNEYS | Kind of Action and Party Demanding Jury | DATE OF FILING | | |
|---|---|---|---|---|---|---|
| | | | | Month | Day | Year |
| 30376 | Wayne Pittman | Richard Barton III | #6 Accounts / Notes Contracts | 5 | 20 | 2021 |

| Fee Book | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vol. | Page | | | | | | |
| 16 | 196 | Royal Trucking LLC, Clyde Gay + william Jerome Thomas | vs. | Pltf. Deft. | Jury Fee, $ 45.00 Paid by Defendant. Jury No. | | |

| Date of Orders | | | ORDERS OF COURT | MINUTE BOOK | | PROCESS |
|---|---|---|---|---|---|---|
| Month | Day | Year | | Vol. | Page | |
| 5 | 20 | 2021 | Plaintiff's Original Petition, Rule 193.7 Notice + Jury Demand | | | |
| 5 | 20 | 2021 | Citation issued to: William J. Thomas | | | |
| 5 | 20 | 2021 | Citation issued to: Clyde Gay | | | |
| 5 | 20 | 2021 | Citation issued to: Royal Trucking LLC. | | | |
| 7 | 6 | 2021 | Citation returned on Royal Trucking LLC: served 6/25/2021 | | | |
| 7 | 6 | 2021 | Citation returned on William J. Thomas served 6/25/2021 | | | |
| 7 | 9 | 2021 | Def. Original Answer + Jury Demand | | | |

EXHIBIT @

CAUSE NO. 30376 _____

| | | |
|---|---|---|
| WAYNE PITTMAN | § | IN THE DISTRICT COURT OF |
| *Plaintiff* | § | |
| | § | |
| VS. | § | BURLESON COUNTY, T E X A S |
| | § | |
| ROYAL TRUCKING, LLC, CLYDE GAY, | § | |
| and WILLIAM JEROME THOMAS | § | 21st |
| *Defendants* | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION, RULE 193.7 NOTICE, AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff WAYNE PITTMAN (hereinafter referred to as "Plaintiff"), and file this Original Petition, Rule 193.7 Notice, and Jury Demand on Defendants ROYAL TRUCKING, LLC, CLYDE GAY, and WILLIAM JEROME THOMAS (hereinafter "Defendants"), and for cause of action would respectfully show unto the Court the following:

### I.    DISCOVERY CONTROL PLAN

Plaintiff hereby requests that discovery in this case be conducted pursuant to Texas Rule of Civil Procedure 190.3 (Level 2). Plaintiff hereby requests that the Court issue a Docket Control Order in accordance with a Level 1 discovery plan.

### II.    CLAIM FOR RELIEF

In accordance with Rule 47 of the Texas Rules of Civil Procedure, this is a claim for monetary relief of more than $1,000,000, excluding interest, statutory or punitive damages and penalties, and attorney fees and costs.

### III.    PARTIES

Plaintiff WAYNE PITTMAN is a resident of Washington County, Brenham, Texas.

Defendant, ROYAL TRUCKING, LLC (hereinafter "Royal Trucking"), is a Foreign Limited Liability Company located at 2279 Stonewall Frierson Rd., Frierson, Louisiana 71027. Defendant ROYAL TRUCKING, LLC may be served with process by serving William Jerome Thomas at his place

Filed 5/20/2021 9:31 AM
Dana Fritsche
District Clerk
Burleson County, Texas
By Raquel Pena

EXHIBIT @
VOL A 2.6 9 PAGE 1 7 0 6

of residence, 2314 Stonewall Frierson Rd., Frierson, Louisiana 71027, or wherever he may be found

Defendant CLYDE GAY is a resident of Red River Parish, Coushatta, Louisiana. Defendant can be served with process pursuant to Texas Rules of Civil Procedure 106(a) by delivering to Defendant, in person, a true copy of the Citation of this Petition at his place of residence, 827 E. Carroll St., Coushatta, Louisiana 71019, or wherever he may be found.

Defendant WILLIAM JEROME THOMAS is a resident of De Soto Parish, Frierson, Louisiana. Defendant can be served with process pursuant to Texas Rules of Civil Procedure 106(a) by delivering to Defendant, in person, a true copy of the Citation of this Petition at his place of residence, 2314 Stonewall Frierson Rd., Frierson, Louisiana 71027, or wherever he may be found.

## IV.   JURISDICTION & VENUE

This Court has jurisdiction over the controversy because the damages to Plaintiff are within the jurisdictional limits of this Court.

All or a substantial portion of the acts giving rise to this lawsuit occurred in Burleson County, Texas. Therefore, venue is proper pursuant to §15.001 and §15.002(a)(1) of the Texas Civil Practice & Remedies code.

All conditions precedent, if necessary, have occurred.

Nothing Plaintiff did caused or contributed to this occurrence.

## V.   FACTS

On October 7, 2019, Plaintiff was traveling east on SH 21, and he slowed to turn right on County Road 105. Defendant Clyde Gay, in the course and scope of his employment with Royal Trucking and/or William Jerome Thomas, was operating a tractor/trailer, owned by Royal Trucking and/or William Jerome Thomas, and failed to control his speed and violently struck the trailer and cab of Plaintiff's tractor trailer. Defendant was negligent for, amongst other things, failing to control his speed, and colliding with Plaintiff's vehicle. Defendant's actions and/or omissions proximately caused

2

Case 1:21-cv-00648-RP   Document 1-3   Filed 07/23/21   Page 4 of 18

the collision made the basis of this lawsuit.

As a proximate result of the collision, Plaintiff suffered injuries and damages.

Plaintiff reserves the right to amend and/or supplement as allowed by the Texas Rules of Civil Procedure.

## VI.   CAUSES OF ACTION

### A. Negligence

The above-described collision was proximately caused by the negligence of Defendant in one or more of the following particulars:

- o   Failing to act as a reasonably prudent driver under the same or similar circumstances;

- o   Failing to timely apply the brakes;

- o   Failing to turn the vehicle to avoid the collision;

- o   Driving ROYAL TRUCKING/WILLIAM JEROME THOMAS' vehicle at a rate of speed greater than that at which an ordinarily prudent person would have driven under the same or similar circumstances;

- o   Failing to pay attention to the surroundings;

- o   Failing to maintain a proper lookout;

- o   Distracted driving;

- o   Using a cell phone while driving;

- o   Failing to control the speed;

- o   Section 545.351(a) of the Texas Transportation Code, which imposes a duty not to operate a motor vehicle at a speed greater than is reasonable and prudent under the circumstances then existing;

- o   Section 545.351(b) of the Texas Transportation Code, which imposes a duty to operate a motor vehicle at a speed that is reasonable and prudent under the conditions and with regard to the actual and potential hazards then existing and at a speed necessary to avoid colliding with another person or vehicle;

- o   Section 545.062(a) of the Texas Transportation Code, which imposes a

3

VOL. A 2 6 9 PAGE 1 7 0 8     EXHIBIT @

duty on the operator of a motor vehicle that is following another vehicle to maintain a safe distance between the two vehicles so that, considering the speed of the vehicles, traffic, and conditions of the highway, the operator can safely stop without colliding with the preceding vehicle or veering into another vehicle, object, or person on or near the highway; and

o   Other act and omissions that may be shown at the time of trial.

At all times material thereto, Defendant owed a duty of ordinary care consistent with the foregoing and breached each of these duties. These breaches were both a cause in fact and proximate cause of Plaintiff's severe injuries. Each of the foregoing acts and/or omissions taken together or individually constitute negligence and each proximately caused the collision and the injuries and damages sustained by Plaintiff.

*B. Negligent Entrustment and Negligence of Defendant Royal Trucking and Defendant William Jerome Thomas*

ROYAL TRUCKING/WILLIAM JEROME THOMAS was the owner of the large truck and ROYAL TRUCKING/WILLIAM JEROME THOMAS entrusted it to Defendant CLYDE GAY. Defendant CLYDE GAY was a careless, incompetent, or reckless driver. Defendants ROYAL TRUCKING and WILLIAM JEROME THOMAS knew or should have known that he was a careless, incompetent, or reckless driver. As described above, Defendant CLYDE GAY was negligent at the time of the accident that caused Plaintiff's injuries and damages. Defendants ROYAL TRUCKING and WILLIAM JEROME THOMAS could reasonably have anticipated that entrusting a vehicle to a careless, incompetent or reckless driver would result in an injury.

Further, the above described collision was caused by the negligence of Defendants ROYAL TRUCKING and WILLIAM JEROME THOMAS in one or more of the following particulars:

o   Failing to act as a reasonably prudent trucking company under the same or similar circumstances;

o   Failing to act as a reasonably prudent management company under the same or similar circumstances;

4

o   Failing to properly train its driver;

o   Failing to properly supervise its driver;

o   Failing to develop policies and procedures related to driver cellphone use and distracted driving in ROYAL TRUCKING/WILLIAM JEROME THOMAS vehicles;

o   Failing to implement and monitor policies and procedures related to driver cellphone use and distracted driving in ROYAL TRUCKING/WILLIAM JEROME THOMAS vehicles;

o   Failing to promote driver compliance with the laws of the State of Texas; and

o   Other acts and omissions that may be shown at the time of trial.

Defendants ROYAL TRUCKING and WILLIAM JEROME THOMAS owed a duty of ordinary care consistent with the foregoing and breached each of these duties. These breaches were both a cause in fact and proximate cause of Plaintiff's severe injuries. Each of the foregoing acts and/or omissions taken together or individually constitute negligence and each proximately caused the collision and the injuries and damages sustained by Plaintiff.

## C.  Gross Negligence of All Defendants

Plaintiff re-alleges each of the aforementioned allegations. Further, Plaintiff alleges that all acts, conduct and omissions on the part of Defendants, taken singularly or in combination, constitute gross negligence and were the proximate cause of Plaintiff's injuries and damages. Defendants' acts and/or omissions, when viewed objectively from the Defendants' standpoint at the time such acts and/or omissions occurred, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others. Defendants had actual, subjective awareness of the risk, but proceeded with conscious indifference to the rights, safety and welfare of Plaintiff. Defendants' conduct was reckless and/or done with an intentional state of mind. Such gross negligence was a proximate cause of the occurrence of Plaintiff's injuries and damages.

5

## VII.    DAMAGES

As a direct and proximate result of Defendants' negligence, Plaintiff suffered the following damages:

- o   Past and future physical pain and suffering;

- o   Past and future mental anguish;

- o   Past and future physical impairment;

- o   Past and future reasonable and necessary medical expenses;

- o   Past lost wages;

- o   Future loss of earning capacity;

- o   All actual damages allowed under the law; and

- o   Such other and further relief as the Court may deem just and proper.

## VIII.  JURY DEMAND

Plaintiff respectfully demands a trial by jury on all issues.

## IX.     RULE 193.7 NOTICE

Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives actual notice to Defendants that any and all documents produced may be used against Defendants at any pretrial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

## X.      NOTICE OF REQUIRED DISCLOSURES PURSUANT TO RULE 194

**Duty to Disclose.** Except as exempted by Rule 194.2(d) or as otherwise agreed by the parties or ordered by the court, a party must, without awaiting a discovery request, provide to the other parties the information or material described in Rule 194.2, 194.3, and 194.4.

**Production.** If a party does not produce copies of all responsive documents, electronically stored information, and tangible things with the response, the response must state a reasonable time and

6

method for production of these items. The responding party must produce the items at the time and in the method stated, unless otherwise agreed by the parties or ordered by the Court, and must provide the requesting party a reasonable opportunity to inspect them.

## XI.   PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that citation be issued and served upon Defendants in a form and manner prescribed by law, requiring that Defendants to appear and answer, and that upon final hearing Plaintiff does have and recover judgment against Defendants, in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, exemplary damages, and all such other and further relief, in law and in equity, to which Plaintiff may show himself justly entitled.

Respectfully submitted,

LAW OFFICE OF RICHARD L. BARTON, III, PLLC
By:      /s/ Richard "Trey" Barton, III
         RICHARD "TREY" BARTON, III
         SBN: 24089982
         4151 Southwest Freeway, Suite 675
         Houston, Texas 77027
         (832) 916-2526
         Fax: (832) 916-2646
         Email: trey@treybartonlaw.com
         *Attorney for Plaintiff*

7

CLERK'S
ORIGINAL

Return to
District Clerk

CLERK'S AFF... AVIT ATTACHED
ORIGINAL

Return to
District Clerk

**CLERK OF THE COURT**
DANA FRITSCHE
205 E. FOX ST. SUITE # 2001
CALDWELL, TX 77836

**ATTORNEY FOR PLAINTIFF**
RICHARD LEE BARTON, III
4151 SOUTHWEST FREEWAY
HOUSTON, TX 77027

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER THE DATE YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES, GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG.".

To Defendant,    **WILLIAM JEROME THOMAS CAN BE SERVED AT 2314 STONEWALL FRIERSON RD., FRIERSON, LOUSIANA 71027, OR WHEREVER HE MAY BE FOUND.**

Greeting:

You are hereby commanded to appear by filing a written answer to the **PALINTIFF'S ORIGINAL PETITION RULE 193.7 NOTICE AND JURY DEMAND** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 21ST JUDICIAL DISTRICT COURT of Burleson County, at the Courthouse in said County in Caldwell, Texas.

Said Plaintiff's Petition was filed in said court on the day of 20th day of May, 2021 in this cause, numbered **30376** on the docket of said court, and styled,

**PITTMAN, WAYNE
VS.
ROYAL TRUCKING, LLC
GAY, CLYDE
THOMAS, WILLIAM JEROME**

The nature of Plaintiff's demand is fully shown by a true and correct copy of accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to the requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Caldwell, Texas, this 20th day of May, 2021.

Dana Fritsche, Clerk, District Court
Burleson County, Texas

By _Raquel Pena_
RAQUEL PENA, DEPUTY

Filed 7/6/2021 12:03 PM
Dana Fritsche
District Clerk
Burleson County, Texas
By Raquel Pena

EXHIBIT @

## AFFIDAVIT OF SERVICE

| Case:<br>30376 | Court:<br>21st JUDICIAL DISTRICT COURT | County:<br>Burleson County, TX | Job:<br>5819184 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>WAYNE PITTMAN | | **Defendant / Respondent:**<br>Royal Trucking c/o William Jerome Thomas and Clyde Gay | |
| **Received by:**<br>Ark-Tex Process Service, L.L.C. | | **For:**<br>Bay Oaks Process LLP | |
| **To be served upon:**<br>William Jerome Thomas | | | |

I Michael L. Malpass, provide that I have personal knowledge of the facts and statements contained herein, I am an individual over the age of 18, I am neither party to nor do I have an interest in the outcome of this case, and I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction.

I declare under penalty of perjury under the laws of the United States of America that the Statements herein are true and correct.

**Recipient Name / Address:**   William Jerome Thomas: 2314 Stonewall Frierson Road, Frierson, Louisiana 71027

**Manner of Service:**   Personal/Individual, Jun 25, 2021, 8:40 am CDT

**Documents:**   CITATION, PLAINTIFF'S ORIGINAL PETITION, RULE 193.7 NOTICE and JURY DEMAND (Received Jun 24, 2021 at 12:00 p.m. CDT)

**Additional Comments:**

1) Successful Attempt: Jun 25, 2021, 8:40 a.m. CDT at: 2314 Stonewall Frierson Rd, Frierson, LA 71027 received by William Jerome Thomas. Age: 50-55; Ethnicity: African American; Gender: Male; Weight: 250; Height: 5'9"; Hair: Black; Eyes: Brown.

Service was accepted personally and in hand to the defendant at his residence.

Michael L.Malpass                                    June 25, 2021

Ark-La-Tex Process Service, L.L.C.
5825 Southern Avenue
Shreveport, LA 71106
318-219-8040

Michael L. Malpass
Louisiana State Process Server
LA-00017

*Subscribed and sworn to before me by the affiant who is personally known to me.*

June 25, 2021      William H. Malpass - Notary Public
Caddo Parish, Louisiana
Commission No. # 51924
My Commission Expires Upon Death

Filed 7/6/2021 12:03 PM
Dana Fristche
District Clerk
Burleson County, Texas
By Raquel Pena

EXHIBIT @

Return to ·
District Clerk

CLERK'S
ORIGINAL

Return to
District Clerk

AFFIDAVIT ATTACHED
CLERK'S
ORIGINAL

**CLERK OF THE COURT**
DANA FRITSCHE
205 E. FOX ST. SUITE # 2001
CALDWELL, TX 77836

**ATTORNEY FOR PLAINTIFF**
RICHARD LEE BARTON, III
4151 SOUTHWEST FREEWAY
HOUSTON, TX 77027

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER THE DATE YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES, GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG.".

To Defendant,      **ROYAL TRUCKING, LLC, MAY BE SERVED BY SERVING WILLIAM JEROME THOMAS AT 2314 STONEWALL FRIERSON RD. FRIERSON, LA 71027, OR WHEREVER HE MAY BE FOUND.**

Greeting:

You are hereby commanded to appear by filing a written answer to the **PALINTIFF'S ORIGINAL PETITION RULE 193.7 NOTICE AND JURY DEMAND** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 21ST JUDICIAL DISTRICT COURT of Burleson County, at the Courthouse in said County in Caldwell, Texas.

Said Plaintiff's Petition was filed in said court on the day of 20th day of May, 2021 in this cause, numbered 30376 on the docket of said court, and styled,

PITTMAN, WAYNE
VS.
ROYAL TRUCKING, LLC
GAY, CLYDE
THOMAS, WILLIAM JEROME

The nature of Plaintiff's demand is fully shown by a true and correct copy of accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to the requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Caldwell, Texas, this 20th day of May, 2021.

(SEAL)
CLERK DISTRICT COURT
BURLESON COUNTY TEXAS

Dana Fritsche, Clerk, District Court
Burleson County, Texas

By _V. Raquel Pena_
RAQUEL PENA, DEPUTY

Filed 7/6/2021 12:03 PM
Dana Fritsche
District Clerk
Burleson County, Texas
By Raquel Pena

EXHIBIT @

## AFFIDAVIT OF SERVICE

| Case:<br>30376 | Court:<br>21st JUDICIAL DISTRICT COURT | County:<br>Burleson County, TX | Job:<br>5819872 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>WAYNE PITTMAN | | Defendant / Respondent:<br>Royal Trucking c/o William Jerome Thomas and Clyde Gay | |
| Received by:<br>Ark-La-Tex Process Service, L.L.C. | | For:<br>Bay Oaks Process LLP | |
| To be served upon:<br>Royal Trucking c/o William Jerome Thomas | | | |

I Michael L. Malpass, provide that I have personal knowledge of the facts and statements contained herein, I am an individual over the age of 18, I am neither party to nor do I have an interest in the outcome of this case, and I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction.

I declare under penalty of perjury under the laws of the United States of America that the Statements herein are true and correct.

**Recipient Name / Address:**   Royal Trucking LLC. c/o William Jerome Thomas at: 2314 Stonewall Frierson Road, Frierson, Louisiana 71027

**Manner of Service:**   Registered Agent, Jun 25, 2021, 8:20 a.m. CDT

**Documents:**   CITATION, PLAINTIFF'S ORIGINAL PETITION, RULE 193.7 NOTICE and JURY DEMAND (Received Jun 24, 2021 at 12:00 p.m. CDT)

**Additional Comments:**

1) Successful Attempt: Jun 25, 2021, 8:20 am CDT at Home: 2314 Stonewall Frierson Rd, Frierson, LA 71027 received by Royal Trucking c/o William Jerome Thomas. Age: 50-55; Ethnicity: African American; Gender: Male; Weight: 250; Height: 5'9"; Hair: Black; Eyes: Brown.

Service was accepted by William Jerome Thomas, Registered Agent on behalf of Royal Trucking LLC. at his residence.

Michael L. Malpass                    June 25, 2021

Ark-La-Tex Process Service, L.L.C.
5825 Southern Avenue
Shreveport, LA 71106
318-219-8040

Michael L. Malpass
Louisiana State Process Server
LA-00017

Subscribed and sworn to before me by the affiant who is personally known to me.

June 25, 2021      William H. Malpass - Notary Public
Caddo Parish, Louisiana
Commission No. # 51924
My Commission Expires Upon Death

DEFENDANT'S
COPY

DEFENDANT'S
COPY Delivered On _____

**CLERK OF THE COURT**
DANA FRITSCHE
205 E. FOX ST. SUITE # 2001
CALDWELL, TX 77836

**ATTORNEY FOR PLAINTIFF**
RICHARD LEE BARTON, III
4151 SOUTHWEST FREEWAY
HOUSTON, TX 77027

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER THE DATE YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES, GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG.".

To Defendant,      **WILLIAM JEROME THOMAS CAN BE SERVED AT 2314 STONEWALL FRIERSON RD., FRIERSON, LOUSIANA 71027, OR WHEREVER HE MAY BE FOUND.**

Greeting:

You are hereby commanded to appear by filing a written answer to the **PALINTIFF'S ORIGINAL PETITION RULE 193.7 NOTICE AND JURY DEMAND** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 21ST JUDICIAL DISTRICT COURT of Burleson County, at the Courthouse in said County in Caldwell, Texas.

Said Plaintiff's Petition was filed in said court on the day of 20th day of May, 2021 in this cause, numbered 30376 on the docket of said court, and styled,

PITTMAN, WAYNE
VS.
ROYAL TRUCKING, LLC
GAY, CLYDE
THOMAS, WILLIAM JEROME

The nature of Plaintiff's demand is fully shown by a true and correct copy of accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to the requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Caldwell, Texas, this 20th day of May, 2021.

Dana Fritsche, Clerk, District Court
Burleson County, Texas

By _____
RAQUEL PENA, DEPUTY

EXHIBIT @

**CLERK OF THE COURT**
DANA FRITSCHE
205 E. FOX ST. SUITE # 2001
CALDWELL, TX  77836

**ATTORNEY FOR PLAINTIFF**
RICHARD LEE BARTON, III
4151 SOUTHWEST FREEWAY
HOUSTON, TX 77027

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER THE DATE YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES, GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG.".

To Defendant,          **CLYDE GAY CAN BE SERVED AT 827 E. CARROLL ST., COUSHATTA, LOUSIANA 71029, OR WHEREVER HE MAY BE FOUND.**

Greeting:

You are hereby commanded to appear by filing a written answer to the **PALINTIFF'S ORIGINAL PETITION RULE 193.7 NOTICE AND JURY DEMAND** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 21ST JUDICIAL DISTRICT COURT of Burleson County, at the Courthouse in said County in Caldwell, Texas.

Said Plaintiff's Petition was filed in said court on the day of 20th day of May, 2021 in this cause, numbered **30376** on the docket of said court, and styled,

PITTMAN, WAYNE
VS.
ROYAL TRUCKING, LLC
GAY, CLYDE
THOMAS, WILLIAM JEROME

The nature of Plaintiff's demand is fully shown by a true and correct copy of accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to the requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Caldwell, Texas, this 20th day of May, 2021.

(SEAL)

Dana Fritsche, Clerk, District Court
Burleson County, Texas

By _____
RAQUEL PENA, DEPUTY



FILE COPY

EXHIBIT @

## SHERIFF'S RETURN

Came to hand on the _____ day of _____,
_____, at _____ o'clock _____M and executed in _____ County, Texas, by
delivering to each of the within named defendants, in person, a true copy of this Citation, having first endorsed
thereon the date of delivery, together with the accompanying true and correct copy of the Plaintiff's Petition, at the
following times, to
wit:_____
And not executed as to the defendant _____, _____
_____
the diligence used in finding said defendant _____, being _____

| NAME | DATE | | | TIME | | |
|------|------|-----|------|------|------|------|
| | Month | Day | Year | Hour | Min. | __. M. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

and the cause of failure to execute this process is: _____
and the information received as to the whereabouts of the said defendant _____, being _____

FEES – Serving _____ cop _____ $ _____        _____
                                                                        Sheriff
                                                          Burleson County, Texas

       Total _____ $ _____      By: _____ Deputy

**File No. 30376**

**DISTRICT COURT**

**Burleson County, Texas**

**CITATION**

**PITTMAN, WAYNE**
**VS.**
**ROYAL TRUCKING, LLC**
**GAY, CLYDE**
**THOMAS, WILLIAM JEROME**

Issued 20th day of May, 2021
Dana Fritsche, District Clerk
By: Raquel Pena, Deputy

Filed 20th day of May, 2021
Dana Fritsche, District Clerk
By: Raquel Pena, Deputy

EXHIBIT @

**CAUSE NO. 30376**

| | | |
|---|---|---|
| **WAYNE PITTMAN** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **BURLESON COUNTY, TEXAS** |
| | § | |
| **ROYAL TRUCKING, LLC, CLYDE** | § | |
| **GAY, and WILLIAM JEROME** | § | |
| **THOMAS** | § | |
| | § | **21ST JUDICIAL DISTRICT** |
| *Defendants*. | § | |

**DEFENDANTS' ORIGINAL ANSWER AND JURY DEMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants, Royal Trucking, LLC, Clyde Gay, and William Jerome Thomas (hereinafter "Defendants"), in the above-captioned and numbered cause, and file this, their Original Answer and Jury Demand, and in support hereof would respectfully show the Court as follows:

**I.   GENERAL DENIAL**

1.1   Pursuant to Rule 92 of the TEXAS RULES OF CIVIL PROCEDURE, Defendants hereby exercise their legal right to require Plaintiff to prove all of the allegation contained in his pleading, if Plaintiff can so prove them, which is denied. Accordingly, Defendants denies generally the allegations in Plaintiff's Original Petition and any supplement or amendment thereto, and requests that Plaintiff be required to prove such charges and allegations by a preponderance of the evidence, in accordance with the Constitution and laws of the State of Texas.

**II.   ADDITIONAL DEFENSES**

2.1   For further answer, if such be necessary, Defendants contend that Plaintiff's claims for damages may be barred, in whole or in part, by the acts or omissions of Plaintiff, whether under the doctrine of proportionate responsibility or failure to mitigate damages.

1

Filed 7/19/2021 8:54 AM
Dana Fritsche
District Clerk
Burleson County, Texas
By Raquel Pena

2.2     For further answer, if such be necessary, Defendants assert all rights, privileges, and remedies afforded or available to them as Defendants pursuant to Chapter 33 of the TEXAS CIVIL PRACTICE & REMEDIES CODE, and requests that the trier of fact determine the percentage of responsibility for causing in any way the harm for which recovery of damages is sought for each plaintiff, defendants, settling person, and responsible third party. *See* Tex. Civ. Prac. & Rem. Code § 33.001 *et seq.*

2.3     For further answer, if such be necessary, Defendants assert their rights under common law and Chapter 32 and 33 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE to receive an offset, credit and/or reduction in judgment based on any settlement Plaintiff has made or may make with any other person or entity (or any other person or entity's insurer) or for any amounts of money collected from any other person or entity (or any other person or entity's insurer) by settlement, compromise, or agreement, or in payment of partial payment of any judgment entered in this case. In accordance with Chapter 33 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE, specifically §33.012, Defendants seek a settlement credit as to all sums paid by any and all settling parties. Accordingly, If Plaintiff is awarded any amount as damages in this cause, the award must be reduced by the dollar amount of any and all settlements or by a dollar credit determined by applying the statutory formula credit set forth in TEXAS CIVIL PRACTICE AND REMEDIES CODE § 33.012.

### III.     JURY DEMAND

3.1     Defendants hereby rely upon Plaintiff's demand for trial by jury.

### IV.     PRAYER

WHEREFOR, PREMISES CONSIDERED, Defendants, Royal Trucking, LLC, Clyde Gay, and William Jerome Thomas having fully answered herein, pray that Plaintiff takes nothing by this suit, that Defendants have judgment for its costs in this proceeding, and that the Court grant

2

all such other and further relief, both general or special, in law or in equity, to which Defendants may show itself to be justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/Stephanie M. Krueger*
    STEPHANIE M. KRUEGER
    State Bar No. 24078581
    JOSEPH E. DUMAS
    State Bar No. 24100528
    One Riverway, Suite 1400
    Houston, Texas 77056
    Phone: (713) 403-8210
    Fax:   (713) 403-8299
    Email: skrueger@thompsoncoe.com
    Email: jdumas@thompsoncoe.com

    **ATTORNEYS FOR DEFENDANTS, ROYAL TRUCKING LLC, CLYDE GAY, and WILLIAM JEROME THOMAS**

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on July 16, 2021, a true and correct copy of the foregoing document was served on all counsel of record in accordance with the TEXAS RULES OF CIVIL PROCEDURE.

***Via E-file:***

LAW OFFICE OF RICHARD L. BARTON, III, PLLC
Richard "Trey" Barton, III
State Bar No. 24089982
4151 Southwest Freeway, Suite 675
Houston, Texas 77027
Ph: (832) 916-2526
Fax: (832) 916-2626
Email: trey@treybartonlaw.com

***Attorneys for Plaintiffs***

    */s/Stephanie M. Krueger*
    STEPHANIE M. KRUEGER

EXHIBIT @